# Court of Appeals
# of the State of Georgia

ATLANTA,___August 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0040. FULLER v. THE STATE.**

Courtney Fuller has filed an emergency motion asking this court to issue a writ of supersedeas pursuant to Court of Appeals Rule 40 (b) halting enforcement of his sentence pending the resolution of his appeal of his misdemeanor convictions. The judgment of conviction was entered upon Fuller's plea of guilty to driving under the influence and plea of nolo contendere for possession of marijuana, one ounce or less.

"The granting of an appeal bond to a person who has been convicted of . . . any offense set forth in Code Section 40-6-391[, driving under the influence of alcohol, drugs, or other intoxicating substance], shall be in the discretion of the convicting court." OCGA § 17-6-1 (g). "After a sentence of imprisonment has been imposed, the question of the appellant's custody pending final decision on appeal [of a DUI conviction] should be reviewed and a fresh determination made by the trial court." *Knapp v. State*, 223 Ga. App. 267, 268 (477 SE2d 621) (1996) (citations, punctuation, and emphasis omitted).

Fuller filed a motion for supersedeas bond in the trial court. The trial court granted the motion on July 22, 2015, imposing as conditions that Fuller must abstain from the use of alcohol and illegal drugs; that Fuller must report to Clayton County Probation, which will administer random alcohol and drug tests; and that Fuller must undergo an evaluation for treatment for substance abuse.

Fuller is entitled to appeal the trial court's ruling on the motion for supersedeas bond within 30 days of its entry. *Knapp*, 223 Ga. App. at 269; OCGA § 5-6-38 (a). As the order was entered July 22, 2015, it appears that the time for filing any appeal has not yet passed.

Because the matter of supersedeas is within the discretion of the trial court and the trial court has, in fact, granted Fuller's motion for supersedeas bond, Fuller's emergency motion for writ of supersedeas is hereby **_DENIED_**.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____08/10/2015_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*